```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILSHAD ARA,

        Plaintiff,

   -against-

ASTORIA QUEENS ENTERPRISES,

        Defendant.

20-CV-2286 (MKV) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a continued settlement conference on **September 17, 2020, at 3:00 p.m.** Prior to the conference, and commencing as promptly as is reasonably practicable, the parties shall continue their settlement negotiations bilaterally. No later than **September 10, 2020**, the parties shall confidentially submit a joint letter to the Court, at Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on their settlement negotiations and advising the Court whether the parties continue to believe that the September 17 conference will be productive. If the parties reach a settlement at any time prior to the September 17 conference, they shall promptly so inform the Court.

Dated: New York, New York
       August 20, 2020

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**