

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILSHAD ARA,

       Plaintiff,

-against-

ASTORIA QUEENS ENTERPRISES,

       Defendant.

20-CV-2286 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       The Court has been informed that the parties have reached a settlement in principle. (Dkt. No. 17.) Accordingly, it is hereby ORDERED that the continued settlement conference currently scheduled for September 17, 2020 is ADJOURNED *sine die*.

Dated: New York, New York
       September 11, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**