UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILSHAD ARA,

                Plaintiff,

-against-

ASTORIA QUEENS ENTERPRISES,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/17/2020
```

1:20-cv-2286 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the parties "advis[ing] the Court that the parties have reached a settlement agreement in principle" [ECF #17].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by October 19, 2020.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  September 17, 2020
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1