

40 Broad Street, 7th Floor
New York, New York 10004
Tel: 212-943-9080
www.vandallp.com

**Kara S. Miller, Esq.**
Partner
(212) 943-9080
kmiller@vandallp.com

October 6, 2020

**VIA ECF**
Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/7/2020
```

      Re:    Ara v. Astoria Queens Enterprises 1:20-cv-02286-MKV-BCM

Dear Judge Vyskocil,

    I represent the Plaintiff Dilshad Ara in the above referenced action against Astoria Queens Enterprises d/b/a DII and any other entities affiliated with or doing business as DII ("Defendant" or "DII"). This letter is submitted jointly by the parties.

    On September 17, 2020, Your Honor issued an order to administratively dismiss this action if no motion to restore is made by October 18, 2020 due to the parties notification that a settlement agreement in principle had been reached. The parties are in the process of reconciling language in the settlement agreement and once the agreement has been finalized, will need additional time to obtain signatures from the necessary parties.

    To avoid the need to formally file a motion to reopen the action, the parties jointly request that the deadline to file the motion to reopen, to prevent the action from being administratively dismissed, be adjourned by an additional 30 days until November 18, 2020.

Respectfully submitted,
_____/s/_____
Kara Miller, Esq.
*Counsel for Plaintiff*

_____/s/_____
Nicole E. Della Ragione, Esq.
*Counsel for Defendant*

**Granted. SO ORDERED.**

Date: October 7, 2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge